In re SPRING VALLEY SWAMP.

(Supreme Court, Appellate Division, Second Department.   June 9, 1911.)

APPEAL AND ERROR (§ 1024*)—REVIEW—DETERMINATION OF DRAINAGE COM-
MISSIONERS.

    Where an order of drainage commissioners, finding that the drainage
of certain land was necessary, was affirmed by the County Court, the Ap-
pellate Division, on objector's appeal, had no jurisdiction to reverse the
order, as contrary to the weight of the evidence, under Laws 1909, c. 20
(Consol. Laws 1909, c. 15) § 39, providing that an appeal on questions of
law may be taken from the decision of the County Court to the Appellate
Division, etc.

    [Ed. Note.—For other cases, see Appeal and Error, Dec. Dig. § 1024.*]

Appeal from Rockland County Court.

In the matter of proceedings for the drainage of certain lowlands
known as the Spring Valley Swamp. From an order of the County
Court of Rockland county, affirming a report of commissioners finding
that it was necessary to drain the land (66 Misc. Rep. 206, 123 N. Y.
Supp. 269), Luise C. Knauth appeals. Affirmed.

Argued before JENKS, P. J., and HIRSCHBERG, BURR,
THOMAS, and CARR, JJ.

Hamilton R. Squier, for appellant.
George A. Blauvelt, for respondent.

BURR, J.   In January, 1909, application was made by petition to
the County Court of Rockland county for the appointment of three
commissioners in accordance with the provisions of the statute relative
to proceedings for the draining of swamps, marshes, and other low
or wet lands, and for draining farm lands.   Laws 1869, c. 888, and the
acts amendatory thereof and supplemental thereto.   Commissioners
were appointed, who reported that it was necessary to drain the lands
described in the petition, that the outlet of the pond described therein,
and located upon the lands of Luise C. Knauth, should be deepened
and cleared out, and that the dam of said pond should be removed, so
as to permit the free passage of water therefrom.   Luise C. Knauth
appealed to the County Court of Rockland county from the determina-
tion of the commissioners, which affirmed the same.   From such order
of affirmance, she has appealed to this court.

Appellant's principal contention is that the decision of the commis-
sioners, and the order of the County Court confirming the same, are
contrary to the weight of the evidence.   We have no jurisdiction to
pass upon this question.   Laws 1886, c. 636, § 9; Laws 1909, c. 20
(Consol. Laws 1909, c. 15) § 39; In re Ryers, 72 N. Y. 1, 28 Am.
Rep. 88; In re Swan, 97 N. Y. 492.

None of the exceptions to rulings upon questions of evidence merit
discussion.

The order appealed from should be affirmed, with $10 costs and
disbursements.   All concur.

    *For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes